UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES B. LINDSEY, JR. and JOAN A. LINDSEY, as individuals and on behalf of and as Co-Trustees of the JAMES B. LINDSEY JR. FAMILY TRUST; and PATRICK B. LINDSEY, an individual,<br><br>                    Plaintiffs,<br><br>            —*vs.*—<br><br>AMERICAN UNITED ESCROW, INC. a Nevada corporation dba AMERICAN UNITED TITLE AND ESCROW,<br><br>                    Defendant. | CASE NO.   2:09-cv-00459-JCM-GWF<br><br>**ORDER ON MOTION FOR ORDER DETERMINING SETTLEMENT IN GOOD FAITH** |

Court has considered the application of defendant American United Escrow, Inc. for an Order Determining its Settlement in Good Faith, and good cause appearing therefore;

**IT IS ORDERED** that the settlement by and between plaintiffs and defendant American United Escrow, Inc. is hereby found to be in good faith pursuant to *Nevada Revised Statutes* § 17.245, and this Court's inherent authority under *Roadway Express, Inc. v. Piper*, 447 U.S. 752, 764 (1980) and related authority.

**IT IS FURTHER ORDERED** that all claims against American United Escrow, Inc. by any party, joint tortfeasor, or co-obligor under any theory of equitable indemnity or contribution, or partial or comparative indemnity, based on comparative negligence or comparative fault, are forever barred.

**IT IS SO ORDERED.**

DATED: _____July 7_____, 2010   _____
                                          Honorable James C. Mahan