# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES B. LINDSEY, JR., and JOAN A. LINDSEY, as individuals and on behalf of and as Co-Trustees of the JAMES B. LINDSEY JR. FAMILY TRUST; and PATRICK B. LINDSEY, an individual

Plaintiffs,

vs.

AMERICAN UNITED ESCROW, INC., a Nevada Corporation dba AMERICAN UNITED TITLE & ESCROW,

Defendants,

AND RELATED MATTERS.

Case No.: 2:09-cv-00459-JCM-GWF

**ORDER TO DISMISS AUE'S THIRD PARTY COMPLAINT**

This matter having come before the Court upon Stipulation of Third-Party Plaintiff AMERICAN UNITED ESCROW, INC. ("AUE") and Third-Party Defendant MEDICAL PAYMENT EXPRESS, LLC., pursuant to FRCP 41 and for good cause appearing:

IT IS THEREFORE ORDERED that AUE's Third-Party Complaint is dismissed without prejudice, each party to bear their own fees and costs.

DATED: July 14, 2010

_____
Honorable James C. Mahan